IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AHMOUD RENAULT BARBER, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00312-MTT-CHW |
| | * |
| WILCOX, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 6/11/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of June, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk